10-MC-05035-ORD

FILED _____ LODGED
_____ RECEIVED

DEC 29 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE EARL VERKLER,

    Defendant,

and

INVESCO INVESTMENT SERVICES INC.

    Garnishee.

No. MC 10-5035 BHS

(CR00-5669FDB)

[PROPOSED]
ORDER TO ISSUE A WRIT OF
CONTINUING GARNISHMENT

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Invesco Investment Services, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of Court shall issue a Writ of Continuing Garnishment against Invesco Investment Services, Inc. whose address is P.O. Box 4739, Houston, TX 77210-4739.

DATED this 3 day of January, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

Order to Issue Writ of Continuing Garnishment
WP.380 (5)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271