The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MC10-5031BHS |
| Plaintiff, | ) ) | |
| v. | ) ) | (CR00-5731RBL) |
| GEORGE EARL VERKLER, AKA, | ) ) | |
| Kenneth Phillip Goff, TOD Beneficiary | ) | GARNISHEE ORDER |
| Defendant | ) ) ) | |
| and | ) ) | |
| INVESCO INVESTMENT SERVICES, INC., | ) ) ) | |
| Garnishee. | ) ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about February 9, 2011, establishing that at the time of the service of the Writ, it had in its possession or under its control a Transfer on Death ("TOD") Beneficiary Account, which account has been identified as Account No. XXXX1870. Court Docket at 5 and 6. According to the Garnishee, the beneficiary under the Account is Kenneth Phillip Goth.

Pursuant to all available information, this account was opened by Defendant George Earl Verkler listing his alias, Kenneth Phillip Goth as the beneficiary. The Court has been informed that the listed alleged owners of the Account have not claimed an interest in this TOD Beneficiary Account and in fact their names were fraudulently used in yet another account opened by the Defendant and as established in *United States v. Verkler*, CR 00-5669FDB, United States District

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Court for the Western District of Washington (April 26, 2001) and the ensuing Judgments for Forfeiture, Court Docket at 90, therein.

Based on this information, the Garnishee is indebted to the Judgment Debtor George Earl Verkler for the entire amount of monies in the TOD Beneficiary Account.

On January 21, 2011, the United States Attorney's Office attempted to notify the Judgment Debtor of his right to a hearing by sending relevant garnishment documents using both First Class Mail and Certified Mail/Return Receipt Requested to the last known address for Defendant George Earl Verkler. Court Docket at 4.  Both document packages were returned to the United States Attorney's Office unopened and marked 'Not Deliverable As Addressed / Unable to Forward.  *See* Declaration of Dawn Fernandez at page 2, lines 21-22.

No further action is required of the United States Attorney's Office.

IT IS THEREFORE ORDERED that Garnishee pay the entire sum of the TOD Beneficiary Account to the United States, up to $ 173,982.82,  the amount presently owing by the Defendant under the Restitution Order in *United States v. Verkler*, CR 00-5669FDB.  This amount shall include all monies previously withheld by the Garnishee, in accordance with the Writ of Garnishment.

DATED this 17th day of May, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/Anastasia D. Bartlett
_____
ANASTASIA D. BARTLETT, WSBA #7142
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271